# UNITED STATES BANKRUPTCY COURT
**District of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

**www.deb.uscourts.gov**

**IN RE:**
Camston Wrather LLC

**Case No.:** 25–10232–KBO

*Debtor(s)*

## NOTICE OF PETITION DEFICIENCY

The petition in the above−mentioned case is deficient. The document(s) indicated below must be filed by the due date(s) listed at the bottom of this notice, unless a motion for cause shown is filed before the due date(s). **Failure to comply with this Notice will result in your case being dismissed without further notice or hearing (exceptions*).** Pursuant to F.R.Bank.P. 1002, 1007, 2016(b), and 3015(c), Local Rules and 11 U.S.C. Section 521, the following are due:

| X | Item | Description | X | Item | Description |
|---|---|---|---|---|---|
| X | 1. | Schedule A/B: Real Property (14 days) |  | 14. | Disclosure of Compensation of Attorney* (14 days) |
|  | 2. | Schedule C: Property Claimed as Exempt (14 days) | X | 15. | Statement of Financial Affairs (14 days) |
| X | 3. | Schedule D: Creditors, Secured (14 days) |  | 16. | Statement of Intention* (30 days) |
| X | 4. | Schedule E/F: Creditors, Unsecured (14 days) |  | 17. | Creditor Matrix (7 days) If petition was not e−filed / Creditor Matrix(2 days) If petition was e−filed |
| X | 5. | Schedule G: Executory Contracts & Unexpired Leases (14 days) |  | 18. | List of 20 Largest Unsecured Creditors* (2 days) |
| X | 6. | Schedule H: Co−Debtors (14 days) |  | 19. | List of Equity Security Holders (14 days) |
| X | 7. | Schedule I: Income (14 days) |  | 20. | Statement of Current Monthly Income and Means Test Calculation* (Chapter 7) (14 days) |
|  | 8. | Schedule J: Expenses (14 days) |  | 21. | Statement of Current Monthly Income* (Chapter 11) (14 days) |
|  | 9. | Schedule J−2: Expenses Separate Household of Debtor 2 (14 days) |  | 22. | Statement of Current Monthly Income and Disposable Income Calculation* (Chapter 13) (14 days) |
|  | 10. | Schedules A through J (14 days) |  | 23. | B101A – Initial Statement/Eviction Judgment* (2 days) |
|  | 11. | Declaration About Debtor's Schedules (14 days) |  | 24. | Application to Pay Filing Fees In Installments (7 days) |
| X | 12. | Summary of Assets and Liabilities (14 days) |  | 25. | Other Petition Deficiencies: |
|  | 13. | Plan & Analysis – Ch. 12 (90 days) Ch. 13 (14 days) |  |  |  |

*Comments:*

**See Reverse Side For Additional Information**

| Item # | Due Date  |  | Item # | Due Date  |  | Item # | Due Date |
|--------|-----------|--|--------|-----------|--|--------|----------|
| 3–7    | 2/28/2025 |  | 15     | 2/28/2025 |  |        |          |
| 12     | 2/28/2025 |  |        |           |  |        |          |

**Instructions for filing:** Official forms are available on the Court's website. All documents must be electronically filed with the Court through CM/ECF (Case Management/Electronic Case Filing). CM/ECF registration materials are available on the Court's website. Paper copies of filings will <u>only</u> be accepted by pro se debtors. If you are unable to electronically file a document, a paper copy accompanied by a certification setting forth the reasons why the document could not be electronically filed will be accepted.

Una O'Boyle, Clerk of Court

2/14/25
Date

By: /s/Ginger Mace
_____
Deputy Clerk

Rev. 10/10/2006

VAN–313