# Notice Recipients

District/Off: 0311−1　　　　　　　User: admin　　　　　　　Date Created: 2/14/2025
Case: 25−10232−KBO　　　　　　Form ID: van313　　　　　　Total: 4

**Recipients of Notice of Electronic Filing:**
ust　　U.S. Trustee　　　　USTPRegion03.WL.ECF@USDOJ.GOV
tr　　　David W. Carickhoff　　carickhoff@chipmanbrown.com
aty　　Robert J. Dehney　　　rdehney@morrisnichols.com

　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Camston Wrather LLC　　501 E. Las Olas Boulevard　　Suite 200　　Fort Lauderdale,, FL 33301

　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1