# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) ) Case No. 25-10232 (KBO) ) ) Chapter 7 ) ) |
| CAMSTON WRATHER, LLC | |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for NP Hazelwood I, LLC in the above titled chapter 7 case. Pursuant to Fed. R. Bankr. P. 9010(b), and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned request that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

Eric M. Sutty, Esq. (No. 4007)  
Armstrong Teasdale LLP  
1007 North Market Street, Third Floor  
Wilmington, DE 19801  
Tel: (302) 416.9670  
Fax: (302) 397.2527  
Email: esutty@atllp.com

Amy T. Ryan, Esq.  
Armstrong Teasdale LLP  
7700 Forsyth Blvd., Suite 1800  
St. Louis, MO 63105  
Tel: (314) 621.5070  
Fax: (314) 621.5065  
Email: aryan@atllp.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitations, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise file or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive NP Hazelwood I, LLC's:  (i) right to have final orders in non-core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by the District Court judge; (ii) right to trial by jury in any proceeding so triable herein or in any case controversy or proceeding related thereto; (iii) right to have the reference withdrawn by the United States District Court in any matters subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which NP Hazelwood I, LLC is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated:  February 26, 2025                             **ARMSTRONG TEASDALE LLP**

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Eric M. Sutty*
　　　　　　　　　　　　　　　　　　　　　　　　Eric M. Sutty, DE No. 4007
　　　　　　　　　　　　　　　　　　　　　　　　1007 North Market Street, Third Floor
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 416.9670
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (302) 397.2527
　　　　　　　　　　　　　　　　　　　　　　　　Email: esutty@atllp.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　-and-

Amy T. Ryan, Esq.
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Tel: (314) 621.5070
Fax: (314) 621.5065
Email: aryan@atllp.com

*Counsel forNP Hazelwood I, LLC*