IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CAMSTON WRATHER LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 25-10232 (KBO)<br><br>(Jointly Administered)<br><br>**Related Docket No. 11** |

### ORDER GRANTING MOTION TO SHORTEN TIME FOR NOTICE AND RESPONSE TO THE MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE CHAPTER 7 TRUSTEE TO (I) RETAIN AND COMPENSATE INDEPENDENT CONTRACTORS AND (II) PAY CERTAIN RELATED ADMINISTRATIVE EXPENSES

THIS MATTER having come before this Court upon a motion (the "**Motion**")[2] by David W. Carickhoff, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estates (the "**Estates**") of the above-captioned debtors (collectively, the "**Debtors**") in these chapter 7 cases (the "**Chapter 7 Cases**"), seeking, among other things, entry of an order (this "**Order**"): shortening time for notice and response to the following motion: *Motion For Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee To (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses* ("**Independent Contractor Motion**"),

THE COURT HAVING CONSIDERED THE MOTION and in accordance with Bankruptcy Rules 2002, 6004, and 6007 and the local rules of the Court; and given the exigencies described therein,

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Camston Wrather LLC (8868); Camston Wrather Lab Co., LLC (4766); Camston Wrather Tech Co., LLC (8621); Camston Wrather Management Co., LLC (6981); Camston Wrather Plants Co., LLC (1229); Camston Wrather Sub Co., LLC (1867); Camston Carlsbad Asset 1, LLC (6323); Camston Carlsbad, LLC (2360); Camston Wrather (PA) LLC (4268); Camston Wrather (TX), LLC (8587); Stream Recycling Solutions of California, LLC (3485); Stream Recycling Solutions, LLC (4843); and Three D Security, LLC (7326).

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion to Shorten Time is GRANTED.

2. A hearing on the interim relief sought in the Independent Contractor Motion shall be held on **March 7, 2025, at 10:00 a.m. (Eastern Time)** (the "**Hearing**").

3. Any objections or responses to the interim relief sought in the Independent Contractor Motion may be raised at the Hearing.

4. Within one (1) business day following the entry of this Order shortening notice, proposed counsel to the Trustee shall serve a copy of this Order and the Independent Contractor Motion by email, fax, or overnight delivery upon the following persons or their counsel of record, if known: (a) the Office of the United States Trustee; (b) counsel to the pre-petition secured lenders; and (c) all parties that have requested notice in this case pursuant to Bankruptcy Rule 2002.

Dated: March 5th, 2025
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**