# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CAMSTON WRATHER LLC, *et al.*,[1] | Case No. 25-10232 (KBO) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 7, 2025, AT 10:00 A.M. (EASTERN TIME)

> This proceeding will be conducted **in-person**.
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

**MATTER GOING FORWARD:**

1. Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, filed on March 4, 2025 [Docket No. 10].

    Objection Deadline:  At the hearing.

    Responses Received:  None as of the filing of this agenda.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Camston Wrather LLC (8868); Camston Wrather Lab Co., LLC (4766); Camston Wrather Tech Co., LLC (8621); Camston Wrather Management Co., LLC (6981); Camston Wrather Plants Co., LLC (1229); Camston Wrather Sub Co., LLC (1867); Camston Carlsbad Asset 1, LLC (6323); Camston Carlsbad, LLC (2360); Camston Wrather (PA) LLC (4268); Camston Wrather (TX), LLC (8587); Stream Recycling Solutions of California, LLC (3485); Stream Recycling Solutions, LLC (4843); and Three D Security, LLC (7326).

Related Pleadings:

a. Order Granting Motion to Shorten Time for Notice and Response to the Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, entered March 5, 2025 [Docket No. 15].

Status: This matter is going forward.

Dated: March 5, 2025  **CHIPMAN BROWN CICERO & COLE, LLP**
Wilmington, Delaware

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
Bryan J. Hall (No. 6285)
Alison Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email: root@chipmanbrown.com
hall@chipmanbrown.com
maser@chipmanbrown.com

*Proposed Counsel for the Chapter 7 Trustee*

4901-4345-7572, v. 1