# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CAMSTON WRATHER LLC, *et al.*,[1] | Case No. 25-10232 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alison Maser, hereby certify that on March 5, 2025, I caused true and correct copies of the **Notice of Agenda of Matters Scheduled for Hearing on March 7, 2025, at 10:00 a.m. (Eastern Time)** to be served on all parties named in the attached service list via electronic mail.

Dated: March 5, 2025　　　　　　　　　**CHIPMAN BROWN CICERO & COLE, LLP**
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　*/s/ Alison Maser*
　　　　　　　　　　　　　　　　　　　　Alison Maser (No. 7430)
　　　　　　　　　　　　　　　　　　　　Hercules Plaza
　　　　　　　　　　　　　　　　　　　　1313 North Market Street, Suite 5400
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 295-0192
　　　　　　　　　　　　　　　　　　　　Email:  maser@chipmanbrown.com

　　　　　　　　　　　　　　　　　　　　*Proposed Counsel for the Chapter 7 Trustee*

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Camston Wrather LLC (8868); Camston Wrather Lab Co., LLC (4766); Camston Wrather Tech Co., LLC (8621); Camston Wrather Management Co., LLC (6981); Camston Wrather Plants Co., LLC (1229); Camston Wrather Sub Co., LLC (1867); Camston Carlsbad Asset 1, LLC (6323); Camston Carlsbad, LLC (2360); Camston Wrather (PA) LLC (4268); Camston Wrather (TX), LLC (8587); Stream Recycling Solutions of California, LLC (3485); Stream Recycling Solutions, LLC (4843); and Three D Security, LLC (7326).

**SERVICE LIST**

*Via* **Email:**

Robert J. Dehney, Esquire
*Morris, Nichols, Arsht & Tunnell*
1201 North Market Street
Wilmington, DE 19801
Email: rdehney@morrisnichols.com
(Counsel for the Debtors)

Linda J. Casey, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: linda.casey@usdoj.gov

Eric M. Sutty, Esquire
*Armstrong Teasdale LLP*
1007 North Market Street, 3rd Floor
Wilmington, DE 19801
Email: esutty@atllp.com
(Counsel for NP Hazelwood 1, LLC)

Amy T. Ryan, Esquire
*Armstrong Teasdale LLP*
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Email: aryan@atllp.com
(Counsel for NP Hazelwood 1, LLC)

Brian McLaughlin, Esquire
*Offit Kurman, P.A.*
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
Email: brian.mclaughlin@offitkurman.com
(Counsel for Evolution Metals)

James Ktsanes, Esquire
Jonathan Gordon, Esquire
*Latham & Watkins*
360 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Email: james.ktsanes@lw.com
       jonathan.gordon@lw.com
(Counsel for Agent for Prepetition Lenders)