**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Camston Wrather LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 25-10232 (KBO)<br>(Jointly Administered)<br><br>**Objection Deadline: April 3, 2025 at 4:00 p.m.**<br>**Hearing Date: April 11, 2025 at 10:00 a.m.** |

## NOTICE OF MOTION OF CHAPTER 7 TRUSTEE TO DISMISS CHAPTER 7 CASES

PLEASE TAKE NOTICE that David W. Carickhoff, the Chapter 7 Trustee of the bankruptcy estates of the above-captioned Debtors, has filed the *Motion of Chapter 7 Trustee to Dismiss Chapter 7 Cases* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **April 3, 2025, at 4:00 p.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that if no objection is filed in a timely manner and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Motion without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Motion will be held on **April 11, 2025 at 10:00 a.m. (Eastern Time)** before the Honorable Karen B. Owens, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Court Room 3, Wilmington, Delaware 19801.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Camston Wrather LLC (8868); Camston Wrather Lab Co., LLC (4766); Camston Wrather Tech Co., LLC (8621); Camston Wrather Management Co., LLC (6981); Camston Wrather Plants Co., LLC (1229); Camston Wrather Sub Co., LLC (1867); Camston Carlsbad Asset 1, LLC (6323); Camston Carlsbad, LLC (2360); Camston Wrather (PA) LLC (4268); Camston Wrather (TX), LLC (8587); Stream Recycling Solutions of California, LLC (3485); Stream Recycling Solutions, LLC (4843); and Three D Security, LLC (7326).

Dated:  March 20, 2025

    /s/ *David W. Carickhoff*
David W. Carickhoff
*Chapter 7 Trustee*
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: carickhoff@chipmanbrown.com