IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Camston Wrather LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 25-10232 (KBO)<br>(Jointly Administered)<br><br>Re: Docket No. ___ |

**ORDER DISMISSING CHAPTER 7 CASES**

Upon the *Chapter 7 Trustee's Motion to Dismiss Chapter 7 Cases* (the "Motion")[2]; the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; and the Court having found that venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. §157(b) and (d); and the Court having found that the Trustee provided adequate notice of the Motion and an opportunity to be heard on the Motion under the circumstances; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED.

2.  The Chapter 7 Cases are hereby dismissed.

3.  The Trustee may pay any open expenses in connection with his efforts to sell the Carlsbad Facility from cash collateral.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Camston Wrather LLC (8868); Camston Wrather Lab Co., LLC (4766); Camston Wrather Tech Co., LLC (8621); Camston Wrather Management Co., LLC (6981); Camston Wrather Plants Co., LLC (1229); Camston Wrather Sub Co., LLC (1867); Camston Carlsbad Asset 1, LLC (6323); Camston Carlsbad, LLC (2360); Camston Wrather (PA) LLC (4268); Camston Wrather (TX), LLC (8587); Stream Recycling Solutions of California, LLC (3485); Stream Recycling Solutions, LLC (4843); and Three D Security, LLC (7326).

[2] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

4. After the payment of the foregoing expenses, the Trustee shall forward any remaining cash collateral in his Trustee accounts to the Collateral Agent for the Term Lenders. Thereafter, the Trustee shall be discharged of any duties regarding the Debtors' estates.