# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CAMSTON WRATHER LLC, *et al.*,[1] | Case No. 25-10232 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related Docket Nos. 10 and 20** |

### CERTIFICATION OF COUNSEL REGARDING MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE CHAPTER 7 TRUSTEE TO (I) RETAIN AND COMPENSATE INDEPENDENT CONTRACTORS AND (II) PAY CERTAIN RELATED ADMINISTRATIVE EXPENSES

The undersigned proposed counsel for David W. Carickhoff, the chapter 7 trustee (the "**Trustee**") of the bankruptcy estates of Camston Wrather LLC, *et al.* (the "**Debtors**"), hereby certifies as follows:

1. On March 4, 2025, the Trustee filed the *Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses* [Docket No. 10] (the "**Motion**").

2. On March 7, 2025, the Court entered the *Interim Order Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses* [Docket No. 20] (the "**Interim Order**").

3. Per the Interim Order, objections to final approval of the Motion were to be filed by March 21, 2025, at 4:00 p.m. (Eastern Time). No objections were received by the Trustee.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Camston Wrather LLC (8868); Camston Wrather Lab Co., LLC (4766); Camston Wrather Tech Co., LLC (8621); Camston Wrather Management Co., LLC (6981); Camston Wrather Plants Co., LLC (1229); Camston Wrather Sub Co., LLC (1867); Camston Carlsbad Asset 1, LLC (6323); Camston Carlsbad, LLC (2360); Camston Wrather (PA) LLC (4268); Camston Wrather (TX), LLC (8587); Stream Recycling Solutions of California, LLC (3485); Stream Recycling Solutions, LLC (4843); and Three D Security, LLC (7326).

4. The Trustee hereby submits a form of final order (the "**Proposed Final Order**"), attached hereto as **Exhibit A**. Attached as **Exhibit B** is a blackline of the Proposed Final Order against the Interim Order.

**WHEREFORE**, the Trustee respectfully requests that the Court enter the Proposed Final Order attached hereto as **Exhibit A** at its earliest convenience..

| | |
|---|---|
| Dated: March 25, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Alison Maser*<br>Alan M. Root (No. 5427)<br>Bryan J. Hall (No. 6285)<br>Alison Maser (No. 7430)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>Email: root@chipmanbrown.com<br>hall@chipmanbrown.com<br>maser@chipmanbrown.com<br><br>*Proposed Counsel for the Chapter 7 Trustee* |