# Exhibit B

# David Carickhoff

| | |
|---|---|
| **From:** | David Carickhoff |
| **Sent:** | Thursday, March 20, 2025 3:42 PM |
| **To:** | James.Ktsanes@lw.com; Jonathan.Gordon@lw.com; Jeremy Fancher; Glenos, Chris; Casey, Linda (USTP) |
| **Cc:** | Bryan Hall; Alan Root |
| **Subject:** | Camston Wrather - Case No. 25-10232 - Motion to Dismiss |
| **Attachments:** | As filed - Motion to Dismiss - Camston Wrather.pdf |

Attached please find a motion to dismiss. I filed this today to keep the April 11 hearing date. If I receive a binding offer before the end of March that I think I can execute, I may withdraw the motion.



David Carickhoff | *Partner*
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza | 1313 N. Market Street, Suite 5400
Wilmington, DE 19801
P: 302.468.4595 | F: 302.295.0199 | carickhoff@chipmanbrown.com
www.chipmanbrown.com | vCard

This transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by replying to this email and delete all copies of the original message. To respond to our email administrator directly, please send an email to Info@ChipmanBrown.com.